## 57254, 57255. CARTER v. THE STATE
(two cases).

WEBB, Presiding Judge.

Bernatsky Deray Carter was convicted on five counts of rape of five different victims, one count of aggravated assault with intent to rape yet another victim, two counts of aggravated sodomy, three counts of armed robbery, and two counts of robbery. There is no merit in any of the enumerations of error, and the evidence authorized the convictions.

*Judgments affirmed. Banke and Underwood, JJ., concur.*

ARGUED FEBRUARY 5, 1979 — DECIDED MARCH 13, 1979.

*R. Allen Hunt,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert, III, Assistant District Attorneys,* for appellee.